# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARIUS BELL

NO. 2022 KW 0669

**JUNE 24, 2022**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-18-0226.

---

**BEFORE: McCLENDON, WELCH, AND HESTER, JJ.**

**MOTION TO DISMISS WRIT APPLICATION GRANTED.**

**PMc**
**JEW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT